1050

[No. 74309-1-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE MADRIGAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01481-9, Lori Kay Smith, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[No. 74310-4-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEEL L. PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02137-9, Millie M. Judge, J., entered November 10, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 74314-7-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JARED MCDUFFIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02664-8, Monica J. Benton, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.

[No. 74357-1-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE VERONICA BOWLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02025-3, Joseph P. Wilson, J., entered November 6, 2015. *Remanded* by unpublished opinion per Mann, J., concurred in by Becker and Schindler, JJ.